**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. 23-12601
**JESSICA ELIZABETH FORD**

                Debtor

Adversary Proceeding No. 24-00046
**THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY**

                Plaintiff

v.

**JESSICA ELIZABETH FORD**

                Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To: JESSICA ELIZABETH FORD**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| **Andrew Dryjanski** |
| **Illinois Attorney General** |
| **33 South State Street – Suite 992** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Courtroom 680, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom | |
| By video, use link: https://www.zoomgov.com/ | **Status Hearing Date and Time** |
| By telephone, call 1-669-254-5252 or 1-646-828-7666. | 03/26/2024 at 01:30PM |
| Enter the meeting ID 161 273 2896 and passcode 778135. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
02-09-2024

*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**The Illinois Department of Employment Security v. Jessica Elizabeth Ford**          Adv Proc No: **24-00046**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, __De'ja Robinson__, certify that service of this summons and a copy of the complaint was made __February 9th, 2024__ by:

[✔] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Jessica Elizabeth Ford located 4930 W. Huron St., 2nd Floor, Chicago, IL 60644.

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __February 9, 2024__          Signature __/s/De'ja Robinson__

Print Name: __De'ja Robinson__

Business Address: 33 S. State Street
Ste. 992
Chicago, IL 60603