**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:     Case No. 23-12601 ) | |
| ) | |
| JESSICA ELIZABETH FORD, ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | Bk No. 23-12601 |
| EMPLOYMENT SECURITY, ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. No. 24-00046 |
| v. ) | |
| ) | HONORABLE Jaqueline P. Cox |
| JESSICA ELIZABETH FORD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: **Jessica Elizabeth Ford, 4930 W. Huron, 2nd FL, Chicago, IL 60644** *by U.S. Mail*

**PLEASE TAKE NOTICE THAT** on **April 30, 2024, at the hour of 1:30 p.m.** or as soon thereafter as counsel may be heard, I will appear before the Honorable Jaqueline P. Cox, or any judge sitting in her place, **either** in courtroom 680 of the United States Bankruptcy Court, Northern District of Illinois, 219 S. Dearborn St, Chicago, IL 60604, **or** electronically, as described below, and present the motion of The Illinois Department of Employment Security for Default and Default Judgment, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Andrew L. Dryjanski
ANDREW L. DRYJANSKI
Assistant Attorney General
33 South State St. - Suite 992
Chicago, Illinois 60603
(312) 793-9210
Andrew.Dryjanski@Illinois.gov

## CERTIFICATION OF SERVICE

I, ANDREW L. DRYJANSKI, an attorney, certify under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached Motion for Default and Default Judgment on each entity shown on the attached list at the address shown and by the method indicated on the list on by first class mail, postage prepaid, March 27, 2024, before the hour of 5:00 p.m.

/s/ Andrew L. Dryjanski
ANDREW L. DRYJANSKI
Assistant Attorney General

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:  Case No. 23-12601 ) | |
| ) | |
| JESSICA ELIZABETH FORD, ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | Bk No. 23-12601 |
| EMPLOYMENT SECURITY, ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. No. 24-00046 |
| v. ) | |
| ) | HONORABLE Jaqueline P. Cox |
| JESSICA ELIZABETH FORD, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR DEFAULT AND DEFAULT JUDGMENT

Plaintiff, ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ("IDES") by its attorney, KWAME RAOUL, Illinois Attorney General, pursuant to Federal Rule of Bankruptcy Procedure 7055 which incorporates by reference Federal Rule of Civil Procedure 55, hereby moves this court for entry of default and default judgment on the verified complaint in the above matter against defendant, JESSICA ELIZABETH FORD In support therefore, IDES states as follows:

1. IDES' adversary Complaint to Determine Dischargeability of Debt, filed on February 9, 2024, sets forth the averments which entitled it to the judgment prayed for therein. A copy of the complaint is attached hereto as Exhibit "A".

2. On February 9, 2024, IDES filed its certificate of service on defendant, copies of which are attached hereto as Exhibit "B".

3. To date, defendant has failed to respond to the complaint.

4. The defendant's failure to plead responsive to the allegations of the compliant,

constitutes an admission thereof pursuant to Bankruptcy Rule 7008 which incorporates by reference Federal Rule of Civil Procedure 8.

5. Pursuant to Federal Rule C.P. 55(b)(2) attached is an affidavit (Exhibit "C") establishing the amount due herein.

6. On March 27, 2024, the Illinois Attorney General's Office received the Military Status Report from the United States Department of Defense, the report states that the defendant, JESSICA ELIZABETH FORD is not currently on active military duty.   Attached is an affidavit (Exhibit "D").

WHEREFORE, IDES requests that defendant be defaulted, and judgment entered as prayed for in the Verified Complaint to Determine Dischargeability of Debt:   that judgment is entered in favor of Plaintiff and against defendant in the sum of $8,463.94, plus costs.

> Respectfully submitted,
>
> **KWAME RAOUL**
> **ATTORNEY GENERAL**
> **STATE OF ILLINOIS**
>
> BY:  /s/ Andrew L. Dryjanski
> ANDREW L. DRYJANSKI
> Assistant Attorney General

**KWAME RAOUL**
**ATTORNEY GENERAL**
**STATE OF ILLINOIS**
ANDREW L. DRYJANSKI
Assistant Attorney General
33 S. State Street-Suite 992
Chicago, Illinois 60603
(312) 793-9210
Andrew.Dryjanski@Illinois.gov